UNITED STATES DISTRICT COURT

FOR DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
STATE OF CALIFORNIA, et al.,
ex rel. AZAM RAHIMI,

       Plaintiffs,

    v.                                 1:15-CV-00916/KBM/LF

TARGET CORPORATION,

       Defendant.

**NOTICE OF CONSENT TO RELATOR'S VOLUNTARY DISMISSAL**

Relator filed Relator's Rule 41 Notice of Voluntary Dismissal on August 5, 2019. Doc. 25.

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America, by its undersigned attorney, hereby respectfully notifies the Court that the Attorney General consents to dismissal *without prejudice* to the United States.

JOHN C. ANDERSON
United States Attorney

*Electronically filed 8/14/19*
*/s/ Ruth F. Keegan*
RUTH FUESS KEEGAN
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7274   Fax: (505) 346-7205
ruth.f.keegan@usdoj.gov